OFFICE OF DISCIPLINARY COUNSEL *v.* BOWEN.

[Cite as Disciplinary Counsel *v.* Bowen (1989), 46 Ohio St. 3d 603.]

(No. D.D. 87-35—Submitted October 11, 1989—Decided October 25, 1989.)

The application for reinstatement to the practice of law is granted. John W. E. Bowen is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1988], 38 Ohio St. 3d 323, 528 N.E. 2d 172.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF GALL.

[Cite as In re Resignation of Gall (1989), 46 Ohio St. 3d 603.]

(No. 89-1709—Submitted October 11, 1989—Decided November 1, 1989.)

The resignation of John W. Gall as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DAYTON BAR ASSOCIATION *v.* SAMS.

[Cite as Dayton Bar Assn. *v.* Sams (1989), 46 Ohio St. 3d 603.]

(No. D.D. 88-23—Submitted October 11, 1989—Decided November 1, 1989.)

The application for reinstatement to the practice of law is denied. William Sams is not reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1989], 41 Ohio St. 3d 11, 535 N.E. 2d 298.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.